COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Jeannie C. Prudhomme
Asst. Attorney General
556 Jefferson St., 4th Floor
Lafayette LA 70501

**REHEARING ACTION: January 6, 2016**

**Docket Number: 15   00628-CA**

**JAMES RUBIN, ET AL.**
**VERSUS**
**STATE OF LOUISIANA, THROUGH THE BOARD OF SUPERVISORS OF LSU AND AGRICULTURAL & MECHANICAL COLLEGE**

**Appealed from Lafayette Parish Case No. C-20124314**

**BEFORE JUDGES:**

> Hon. Sylvia R. Cooks
> Hon. Jimmie C. Peters
> Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, Board of Supervisors of LSU and**

**Agricultural and Mechanical College, et al** has this day been

> **DENIED.**

cc: Andrew B. Mims, Counsel for the Appellant
    David Charles Laborde, Counsel for the Appellant